Fee *v.* Sharkey.

JAMES FEE, complainant and respondent,

*v.*

MARY A. SHARKEY and MALACHI SHARKEY, her husband, defendants and appellants.

[Filed March 5th, 1900.]

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *14 Dick. Ch. Rep. 284.*

*Mr. Frank E. Bradner,* for the appellants.

*Mr. Newton S. Kilchell* and *Mr. Mahlon Pitney,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons assigned by Vice-Chancellor Pitney for advising it.

*For affirmance*—THE CHIEF-JUSTICE, GUMMERE, LUDLOW, BOGERT, HENDRICKSON, NIXON, ADAMS, VREDENBURGH—8.

*For reversal*—DEPUE, VAN SYCKEL, DIXON, GARRISON, COLLINS—5.